SANWA FOODS, INC., PLAINTIFF *v.* UNITED STATES, DEFENDANT

Court No. 91–12–00927 (Slip Op. 93–169)

(Dated February 22, 1994)

## ORDER

GOLDBERG, *Judge:* Upon reading defendant's motion for rehearing and plaintiff's response thereto; upon consideration of all other papers and proceedings and herein, and upon due deliberation, it is hereby

ORDERED that defendant's motion for rehearing is granted; it is further

ORDERED that this Court's judgment, entered on August 23, 1993 in conjunction with Slip Op. 93–169, is vacated and set aside; and it is further

ORDERED that the parties shall, within fifteen days of the date of this order, contact the court for the purpose of scheduling a status conference in this action.